Name: Janice L. Park
Mailing address: P.O. Box 202726, Anchorage, AK 99520
Telephone: 415-713-2287

RECEIVED
DEC 12 2016
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Janice L. Park,
Plaintiff/Petitioner,

vs.

Sean Parnell, Carol Leman, et al.,
Jacqueline Tupuo
Defendant(s)/Respondent.

MOTION to/for Expedited Consideration

Case No. _____

I, Janice L. Park, representing myself without a lawyer, move to/for: Expedited Consideration

under the following statute(s)/rule(s) (if known): _____

for the following reason(s): Plaintiff's dispute involves a live controversy for which time is of the essence. Defendants are obliged to meet one week from today on December 19, 2016, to cast votes for Electoral College. Plaintiff will be prejudiced and damaged if her complaint is not timely heard to provide relief prior to that date.

Alaska Local Rule 1.1(A) provides for "just speedy... determination of action. In the instant case, Plaintiff Park will be denied the full credit of her vote in the 2016 Presidential Election, a denial of Equal Representation and violation of her civil rights if this cause of action is not expedited.

Events of the past week have cast doubt on the validity of the Electoral process, and numerous other causes of action are pending. Plaintiff's motion should be granted.

Date: 12/12/2016

_____
Signature

---

## Certificate of Service

I hereby certify that a copy of the above Motion was served upon

Juhnna M. Lindemuth, AG        by hand        at
(Name of opposing party/counsel, if already served with summons)   (Mail/fax/hand-delivery)

PO Box 110300 Juneau, AK         on 12/12/2016
(Address)                              (Date)
99811-0300

_____
(Signature)

or alternate
Alaska Dept of Law -
1031 W. 4th Ave. #200
Anchorage AK 99501

Non-Prisoner Motion
Page 2 of 2

Case 3:16-cv-00281-TMB   Document 4   Filed 12/12/16   Page 2 of 2