IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANICE PARK,<br><br>                        Plaintiff,<br><br>    v.<br><br>SEAN PARNELL, CAROL LEMAN, and JACQUELINE TUPUO, Members of the Electoral College,<br><br>                        Defendants. | Case No. 3:16-cv-00281-TMB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION |

On December 12, 2016, Plaintiff Janice Park, proceeding pro se, filed a Complaint for Declaratory and Injunctive Relief against Defendants Sean Parnell, Carol Leman, and Jacqueline Tupuo, Alaska's three Electoral College electors.[1] The Complaint alleges that when Defendants meet on December 19, 2016 to vote for President and Vice President of the United States, they are "overwhelmingly likely" to cast their votes for President-Elect Donald Trump. The Complaint further alleges that such action will deny Park, who voted for Hilary Clinton on November 8, 2016, her right to equal protection of the laws, as guaranteed by the Fifth Amendment of the Federal Constitution, and violate the principle of "one person, one vote," as enunciated by the Supreme Court of the United States in *Baker v. Carr*.[2]

Presently before the Court is Park's Motion for Expedited Consideration,[3] which the Court construes as a motion for consideration on shortened time under D.Ak. L.R. 7.2(c). Although

---

[1] Dkt. 1.

[2] 369 U.S. 186 (1962).

[3] Dkt. 4.

1

Park's motion does not strictly comply with all of Rule 7.2(c)'s requirements (the motion, for example, does not explain efforts to communicate with or the positions taken by opposing parties), the Court **GRANTS** Park's Motion for Expedited Consideration at docket 4. This matter must be resolved by December 19, 2016 given the nature and circumstances of the complained-of harm.

Accordingly, the Court **SETS** a hearing for **December 15, 2016 at 4:00 PM** in Anchorage Courtroom 1 before Judge Timothy M. Burgess on the merits of the Complaint.[4] Any briefing must be filed no later than **December 15, 2016 at 2:00 PM**. Briefs must be limited to ten pages or less.

IT IS SO ORDERED.

Dated at Anchorage, Alaska, this 14th day of December, 2016.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

---

[4] D.Ak. L.R. 7.2(c)(3).