IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| JANICE PARK, | |
|---|---|
| Plaintiff, | Case No. 3:16-cv-00281-TMB |
| v. | |
| SEAN PARNELL, CAROL LEMAN, and JACQUELINE TUPUO, Members of the Electoral College, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| Defendants. | |

At docket 3, Plaintiff Janice Park requests to proceed in forma pauperis in this matter. In support of her motion, Park submits AO 240, Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).[1] Based on the Court's review of that form, it appears that Park's ability to pay filing fees and costs is a close call. Under more normal circumstances, the Court would make further inquiry into Park's eligibility to proceed in forma pauperis. However, in light of the expedited schedule by which this case is proceeding, the Court believes that its time and resources are better spent considering the merits of this case rather than Park's finances. Accordingly, the Court **GRANTS** Park's Motion for Leave to Proceed in forma pauperis at docket 3.[2]

IT IS SO ORDERED.

Dated at Anchorage, Alaska, this 16th day of December, 2016.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. 3; *see* 28 U.S.C. § 1915(a).

[2] In civil cases, a plaintiff's ability to pay filing fees and costs is left to the discretion of the district court. *See Stewart v. City of Oceanside*, No. 14CV1472 AJB JLB, 2014 WL 3341127, at *2 (S.D. Cal. July 8, 2014) (citing *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied,* 375 U.S. 845 (1963)).

1