IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANICE L. PARK,<br><br>               Plaintiff,<br>  vs.<br><br>SEAN PARNELL, CAROL LEMAN, and JACQUELINE TUPUO, Members of the Electoral College,<br><br>               Defendant. | Case No. 3:16-cv-00281-TMBTMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

    \_\_\_ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_ **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED without prejudice.

APPROVED:

  /s/Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    Chief United States District Judge

| | |
|---|---|
|  January 4, 2017 | LESLEY K. ALLEN |
| Date | Clerk of Court |

Jmt - TMB CV- rev. 9-21-16