IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*JANICE PARK v. SEAN PARNELL et al.*
Case No. 3:16-cv-00281-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

This matter is before the Court on the United States Court of Appeals for the Ninth Circuit's referral of Janice Park's Motion for Leave to Appeal in Forma Pauperis.[1] Park has filed an application at docket 21 to waive the filing fee for her appeal of this Court's dismissal of her lawsuit against Alaska's Members of the Electoral College for failure to state a claim.[2] When previously considering Park's motion to proceed in forma pauperis at docket 3, the Court determined that it was a close call as to whether Park had the ability to pay filing fees and costs for her lawsuit.[3] At the time, the Court declined to make additional inquiry into Park's eligibility to proceed in forma pauperis given the expedited schedule of the case.[4] As the Court is no longer faced with the same time constraints, the Court determines that additional inquiry into whether Park qualifies for in forma pauperis status for purposes of her appeal is warranted. Park has filed a PS11 fee waiver form at docket 21. Pursuant to the Ninth Circuit's instructions to this Court, It is HEREBY ORDERED that Park shall supplement her in forma pauperis application by filing the Ninth Circuit's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis available at http://cdn.ca9.uscourts.gov/datastore/uploads/forms/Form4-IFP-Affidavit.pdf, by February 6, 2017.

IT IS SO ORDERED.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: January 26, 2017

---

[1] Dkt. 24.

[2] *See* Dkt. 18.

[3] Dkt. 15.

[4] *Id.*

1