IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANICE PARK,<br><br>        Plaintiff - Appellant,<br>vs.<br><br>SEAN PARNELL, Members of the Electoral College; et al.,<br><br>        Defendants - Appellees. | No. 17-35061<br><br>Case No. 3:16-cv-00281-TMB |

### ORDER ON REFERRAL OF MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Janice Park, representing herself, filed an application at docket 21 to waive the filing fee for her appeal of this Court's dismissal of her lawsuit against Alaska's Members of the Electoral College. At docket 24 the Ninth Circuit referred to this Court the question of whether Park's in forma pauperis status should continue.

The Court recognized its initial granting of Park's in forma pauperis status as a "close call" which would not have been made without further inquiry if Park's case was not time sensitive.[1] Therefore, to determine if Park's in forma pauperis status should continue, the Court ordered that Park supplement her in forma pauperis application by filing no later than February 6, 2017 the Ninth Circuit's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis.[2]

Park, however, has not made any additional filing to date.

---

[1] Dkt. 15 at 1.

[2] Dkt. 25.

**THEREFORE, IT IS ORDERED:**

1. Janice Park's in forma pauperis status for her appeal to the Ninth Circuit in No. 17-35061 is revoked.

2. The Clerk of Court is directed to notify the Ninth Circuit Court of Appeals and the parties in this case of this decision immediately.

DATED at Anchorage, Alaska, this 14th day of February, 2017.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

3:16-cv-00281-TMB, *Park v. Parnell*
Order on Referral of Motion for Leave to Appeal in Forma Pauperis
Page 2 of 2

Case 3:16-cv-00281-TMB   Document 26   Filed 02/14/17   Page 2 of 2