# Actions 

**Home**  **Complaints/Parties**  **Actions**  **Minutes**  **Pending Hearings**  **Case Report**

Case Type: 
Case Number:   [ Search ]

## Case CIFMS1600004 - JANICE PARK -V- JUDITH PARK

[ Move To This Date ]

| Viewed | Date | Action Text | Disposition |
|---|---|---|---|
|  | 02/28/2017 9:30 AM DEPT. S37P | MOTION RE: OSC CONTEMPT FILED BY PETITIONER JANICE LYNN PARK - Minutes |  |
| N | 02/22/2017 | HRG OF 02/28/17 - PROBATE NOTES | Not Applicable |
|  | 02/14/2017 | PROPOSED ORDER ON ORDER TO SHOW CAUSE AND AFFIDAVIT FOR CONTEMPT RECEIVED. (CONFIDENTIAL) | Not Applicable |
|  | 02/14/2017 | FEE PAYMENT | Not Applicable |
| N | 02/03/2017 | MOTION RE: OSC CONTEMPT SET FOR HEARING ON 02/28/17, FILED BY PETITIONER JANICE LYNN PARK (IMAGED) | Not Applicable |
|  | 01/31/2017 | FILING FEE PAID BY JANICE LYNN PARK FOR FAXED EXHIBITS | Not Applicable |
|  | 01/31/2017 | FILING FEE PAID BY JANICE LYNN PARK FOR FAXED MOTION | Not Applicable |
|  | 01/31/2017 | FILING FEE PAID BY JANICE LYNN PARK FOR FAXED DECLARATION | Not Applicable |
| N | 01/27/2017 | DECLARATION OF JANICE L PARK FILED | Not Applicable |
| N | 11/17/2016 | ORDER AFTER HEARING FILED | Not Applicable |
|  | 10/24/2016 | F&O RETD TO PLNTF FOR CORRECTION | Not Applicable |
|  | 09/30/2016 | OAH RETD TO PLNTF FOR CORRECTION | Not Applicable |
|  | 09/29/2016 | FEE PAYMENT | Not Applicable |
|  | 09/22/2016 | OAH RETD TO PLAINTIFF FOR CORRECTION | Not Applicable |
|  | 09/19/2016 | FEE PAYMENT | Not Applicable |

http://openaccess.ak-courts.org/OpenAccess/CIVIL/CivilDetails.asp?courtcode=X&casenumber=MS1600004&casetype=CIF&dsn=   2/24/17, 2:50 PM

Case 3:16-cv-00281-TMB   Document 28-1   Filed 02/24/17   Page 1 of 2

Page 1 of 2

# Actions 

Home  Complaints/Parties  Actions  Minutes  Pending Hearings  Case Report  Images

Case Type: 
Case Number:  [ Search ]

## Case CONPS1600269 - PATRICIA MAE LAWRENCE PARK

[ Move To This Date ]

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
|  | 02/28/2018 8:00 AM DEPT. CIV | CONSERVATORSHIP INVESTIGATOR REVIEW RE: CI ANNUAL REVIEW DUE |  |  |
|  | 02/28/2017 9:30 AM DEPT. S37P | PETITION FOR APPOINTMENT OF CONSERVATOR - Minutes |  |  |
| N | 02/22/2017 | HRG OF 02/28/17 - PROBATE NOTES | Not Applicable |  |
| N | 02/14/2017 | HRG OF 02/28/17 - PROBATE NOTES | Not Applicable |  |
| N | 12/01/2016 | ORDER APPTING DR. ROBERT SAWICKY AS AN EXPERT WITNESS FILED | Not Applicable |  |
|  | 11/15/2016 9:30 AM DEPT. S37P | PETITION FOR APPOINTMENT OF CONSERVATOR - Minutes | Continued |  |
|  | 11/14/2016 | FILING FEE WAIVED ON PATRICIA MAE LAWRENCE PARK FOR COPIES IN THE AMOUNT OF $4.50. | Not Applicable |  |
| N | 11/14/2016 | PROOF OF SERVICE OF CAPACITY DECLARATION BY MAIL ON 11/10/16 AS TO SEE ATTACHED LIST, FILED. | Not Applicable |  |
|  | 11/10/2016 | CAPACITY DECLARATION FILED. | Not Applicable | N/A |
|  | 11/09/2016 | GENERAL PETITION INVESTIGATION REPORT FILED. 1 VISITATIONS, | Not Applicable | N/A |
| N | 11/09/2016 | HRG OF 11/15/16 - PROBATE NOTES | Not Applicable |  |
| N | 11/02/2016 | HRG OF 11/15/16 - PROBATE NOTES | Not Applicable |  |
|  | 10/17/2016 9:30 AM DEPT. S37P | HEARING RE: REPORT FROM GAL - Minutes | Pre-D Complete |  |

http://openaccess-sb-court.org/OpenAccess/CIVIL/CivilDetails.asp?courtcode=X&casenumber=PS1600269&casetype=CON&dsn=

Case 3:16-cv-00281-TMB   Document 28-1   Filed 02/24/17   Page 2 of 2

2/24/17, 2:39 PM
Page 1 of 3