Janice L Park, pro se
P. O. Box 202726
Anchorage AK 99520
Ph. 907-243-9873
akwater@gci.net

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| JANICE L PARK ) | |
| ) | |
| Judgment Creditor ) | |
| ) | |
| VS. ) | 3AN-07-9516CI |
| ) | |
| JALAL KEITH HUSSEINI ) | |
| ) | |
| Judgment Debtor ) | |

## ORDER

Having considered Judgment Creditor's Motion and Debtor's Opposition in the above captioned matter, it is hereby ordered that the Motion for pursuant to ARCP 69 (d) is GRANTED as follows;

1. The amount of $3,000.00 is ordered to the Principal amount of $292,925.00 compensate creditor for tax penalty accrued to her from unpaid marital debt.

2. The amount due Ms. Park is $295,925.00 with prejudgment interest from August 27, 2007. This amount due now and payable for five (5) years from the date of this order.

Other: N/A

DONE AND ORDERED THIS 13th DAY OF February 2017.

3AN-07-9516CI     p 1 of 2

_____
Honorable Patrick McKay
Superior Court Judge

CERTIFICATE OF SERVICE: A true and correct copy of this document was served by mail on _2/11/17_, 2017 on the following:

Janice L Park, pro se
P. O. Box 202726
Anchorage AK 99520

Jalal Keith Husseini
408 E Lincoln
Findlay OH 45401

I certify that on _2/13/17_ a copy of the following was (mailed)/faxed/ hand-delivered to each of the following at their addresses of record. Janice Park
Jalal Nusseiai

Administrative Assistant K.

3AN07-951 CI  p. 2 of 2