Form 4.          Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

RECEIVED
FEB 24 2017
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appellant(s) or Petitioner(s): Janice L. Park

v.

Case No. 3:16-cv-00281 TMB

Appellee(s) or Respondent(s): Sean Parnell, Carolyn Leman, Jacqueline Thopo, Members of Electoral College

## Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

## Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: /s/ Janice J. Park

Date: 2/24/2017

My issues on appeal are:

1.) The court acted in an arbitrary and capricious manner

2) The court misinterpreted the law.

3) The court had jurisdiction to grant relief.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ none | $ | $ none | $ |
| Self-Employment | $ 1500 | $ | $ 800 | $ |
| Income from real property (such as rental income) | $ 1000 — | $ | $ 700 | $ |
| Interest and Dividends | $ | $ | $ | $ |
| Gifts | $ none | $ | $ | $ |
| Alimony | $ none | $ | $ | $ |
| Child Support | $ none | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1069 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ none | $ | $ | $ |
| Unemployment Payments | $ 0 | $ | $ | $ |
| Public-Assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify) EBay Sales | $ 400 | $ | $ | $ |
| **TOTAL MONTHLY INCOME:** | $ 3069 | $ | $ | $ |

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| none / disabled | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| none / single | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |

4. How much cash do you and your spouse have? $ 500.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Alaska USA | Checking | $ 400.00 | $ na |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| 2930 E 84th Ave Anchorage AK 99507 | $ 411,000 | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| Buick Rainer 2005 | SUV | | $ 6500 |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
| | | | $ |

| Other Assets | Value |
|---|---|
|  | $ |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you ~~or your spouse~~ | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Jalal Keith Hussein, | $ 295,925.00 with Interest from Aug 2007 | $ NA |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| none |  |  |
|  |  |  |
|  |  |  |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) <br> - Are real estate taxes included? ☑ Yes ☐ No <br> - Is property insurance included? ☑ Yes ☐ No | $ 1890 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 650 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ 200 | $ |
| Clothing | $ 50- | $ |
| Laundry and dry-cleaning | $ — | $ |
| Medical and dental expenses | $ 50- | $ |
| Transportation (not including motor vehicle payments) | $ — | $ |
| Recreation, entertainment, newspapers, magazines, etc. *Cable* | $ 56.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) <br> - Homeowner's or renter's................................. | $ n/a | $ |
| - Life................................. | $ — | $ |
| - Health................................. | $ 125 | $ |
| - Motor Vehicle................................. | $ 70 | $ |
| - Other: *Jas* | $ 200 | $ |
| Taxes (not deducted from wages or included in mortgage payments) <br> Specify: *none* | $ 0 | $ |
| Installment payments <br> - Motor Vehicle................................. | $ 240- | $ |
| - Credit Card (name): *Citibank* | $ 250 | $ |
| - Department Store (name): | $ | $ |
| - Motor Vehicle................................. | $ | $ |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify) | $ — | $ |
| **Total Monthly Expenses:** | $ 3791 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☒ No

   If yes, describe on an attached sheet.

10. *Have you spent--or will you be spending--any money for expenses or attorney fees in connection with this lawsuit?*

    ☐ Yes ☐ No  not yet

    If yes, how much? $ unknown

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I lost my business due to divorce in 2007 (see 230 P3 682, Husseini v Husseini (Alaska 2010)). Since that time I became disabled. I received my home in divorce distribution but must make payments; My former spouse owes me $295,925.00 plus pre judgment interest, He left the State. I supplement $$ by renting rooms.

12. State the city and state of your legal residence.

    City: Anchorage    State: AK

    Your daytime phone number (ex., 4153558000): 907-243-9873

    Your age: 66    Your years of schooling: 18

    Last four digits of your Social Security Number (ex., 6789): 7589