UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JANICE PARK,

        Plaintiff - Appellant,

  v.

SEAN PARNELL, Members of the
Electoral College; et al.,

        Defendants - Appellees.

No. 17-35061

D.C. No. 3:16-cv-00281-TMB
U.S. District Court for Alaska,
Anchorage

**ORDER**

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated February 23, 2017.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7